UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH PAUL GAGNON, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-13330** |
| **PFIZER, INC., ET AL** | **SECTION: "T" (1)** |

## ORDER TO SHOW CAUSE

This case was filed **October 29, 2019**. The record does not reflect that service was made upon defendant, Ingram Barge Company, LLC.

Federal rule of Civil Procedure 4(m) provides:

If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country.

**IT IS ORDERED** that on or before March 19, 2020, plaintiff's counsel is instructed to file proof of service, or show good cause, in writing, why service of process has not been effected. Failure to comply with this order may result in **DISMISSAL** without further notice, for failure to prosecute.

New Orleans, Louisiana, this 5th day of February, 2020.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**