UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH PAUL GAGNON, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-13330** |
| **PFIZER, INC., ET AL** | **SECTION: "T" (1)** |

## ORDER OF DISMISSAL

On May 21, 2020, the Court issued an order (R. Doc. 4) directing plaintiffs to file into the record, on or before July 1, 2020, the return of proper legal service upon defendants, Pfizer, Inc., Watson Pharmaceuticals, Merck & Co., Inc., Ranboxy Laboratories, and Lois Mailander, or otherwise show cause why plaintiffs' 'action against said defendants should not be dismissed pursuant to FRCP Rule 4(m).

As of this date, the record does not reflect the return of proper legal service or a response to the show cause order previously issued by this Court relative to said defendants.

Accordingly,

**IT IS ORDERED**, that the plaintiffs' complaint as it relates to defendants, Pfizer, Inc., Watson Pharmaceuticals, Merck & Co., Inc., Ranboxy Laboratories, and Lois Mailander are hereby **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's order.

New Orleans, Louisiana, this 16th day of July 2020.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE